**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7432**

_____

CHARLES ANDRAE GRAYTON,

              Petitioner - Appellant,

        v.

WARDEN LIEBER CORRECTIONAL INSTITUTION,

              Respondent – Appellee,

        and

DIRECTOR WILLIAM BYARS, Department of Corrections,

              Respondent.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Cameron McGowan Currie, District
Judge.  (8:11-cv-002576-CMC)

_____

Submitted:  December 20, 2012      Decided:  December 27, 2012

_____

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Charles Andrae Grayton, Appellant Pro Se.   James Anthony Mabry,
Assistant  Attorney  General,  Columbia,  South  Carolina,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Andrae Grayton seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Grayton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED